## UNITED STATES DISTRICT COURT

### DISTRICT OF NEW JERSEY

WHIPPLE AZZARELLO, LLC
John A. Azzarello, Esq. (JA 4363)
161 Madison Avenue, Suite 325
Morristown, New Jersey 07960
973-267-7300
Attorneys for Defendant Benjamin Sabido

| | |
|---|---|
| UNITED STATES OF AMERICA, | : Hon. Claire C. Cecchi, U.S.D.J. |
| | : |
| | : Crim. No. 15-00035 |
| v. | : |
| | : CONSENT ORDER TO |
| BENJAMIN SABIDO, | : TERMINATE PROBATION |
| | : AND DISCHARGE DEFENDANT |
| Defendant. | : |
| | : Document Electronically Filed |

**THIS MATTER** having come before the Court on the application of Defendant Benjamin Sabido, through his attorneys, the law firm of Whipple Azzarello, LLC (John A. Azzarello, Esq., appearing) for the entry of an Order terminating probation and discharging Defendant Benjamin Sabido under 18 U.S.C. § 3563(c) and F.E.D. R. Crim. P. 32.1(c); Defendant having been sentenced to a term of two (2) years' probation on September 23, 2015; Defendant having served approximately 20 months of the 24 month period of probation imposed; the Government having no objection to the entry of this Order through William E. Fitzpatrick, Acting United States Attorney (Jacob Elberg, Assistant United States Attorney, appearing); and it further appearing that Defendant has satisfied and complied with all the terms and conditions of the Judgment and Sentence in this case; and it further appearing that Defendant has satisfied and complied with all the terms and conditions of his probationary period; and it further

appearing that terminating Defendant's term of probation and discharging Defendant is warranted by Defendant's conduct and the interests of justice under 18 U.S.C. § 3563(c); and the Court having considered the merits of the application; and good cause having been shown;

It is on this __3__ day of __May__, 2017, **HEREBY ORDERED** that Defendant Benjamin Sabido's term of probation be and hereby is **TERMINATED**, and that Defendant Benjamin Sabido be and hereby is **DISCHARGED**.

_____
**HONORABLE CLAIRE C. CECCHI**
**United States District Judge**

**Form and entry consented to:**

WILLIAM E. FITZPATRICK
ACTING UNITED STATES ATTORNEY

By: _____
    Jacob Elberg, Esq., A.U.S.A.

WHIPPLE AZZARELLO, LLC
Attorneys for Defendant

By: _____
    John A. Azzarello, Esq.

2